## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Cyrile Deblaye, on behalf of MW Gestion, with authority to enter into litigation on behalf of MW Gestion, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against 1Globe Capital LLC and authorize the filing of a motion on MW Gestion's behalf for appointment as lead plaintiff.

3.      MW Gestion did not transact in the securities of Sinovac Biotech Ltd. ("Sinovac") at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      MW Gestion is willing to serve as a representative party on behalf of a Class of investors who sold Sinovac securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of MW Gestion's transactions in Sinovac securities during the Class Period. These transactions were conducted by funds associated with Altimeo Asset Management ("Altimeo"), which has since transferred all of its rights and claims, including with respect to securities and shareholder litigation in the United States, to MW Gestion. Those funds associated with Altimeo have transferred all of their rights and claims to MW Optimum, a fund associated with MW Gestion.

6.      During the three-year period preceding the date on which this Certification is signed, MW Gestion has not served or sought to serve as a representative party, and/or filed a complaint on

behalf of a class under the federal securities laws.

7.  MW Gestion agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed     10 / 08 / 2022
(Date)

_____
(Signature)

CYRIL DEBLAYE
(Print Name)

_____
CEO, MW Gestion