**Sinovac Biotech Ltd. (SVA)**

**List of Purchases and Sales**

| Account* | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 1 | Purchase | 2/4/2016 | 142,137 | $6.9841 |
| Account 1 | Purchase | 2/9/2016 | 70,380 | $6.6763 |
| Account 1 | Purchase | 2/10/2016 | 90,400 | $6.6157 |
| Account 1 | Purchase | 2/11/2016 | 40,000 | $6.4681 |
| Account 1 | Purchase | 2/12/2016 | 35,138 | $6.5171 |
| Account 1 | Purchase | 2/16/2016 | 32,100 | $6.4817 |
| Account 1 | Purchase | 2/17/2016 | 21,700 | $6.3408 |
| Account 1 | Purchase | 2/18/2016 | 23,573 | $6.4236 |
| Account 1 | Purchase | 2/19/2016 | 10,000 | $6.2900 |
| Account 1 | Purchase | 2/23/2016 | 30,000 | $6.4132 |
| Account 1 | Purchase | 2/25/2016 | 10,510 | $6.3981 |
| Account 1 | Purchase | 2/26/2016 | 15,700 | $6.4177 |
| Account 1 | Purchase | 3/10/2016 | 1,200 | $6.3600 |
| Account 1 | Purchase | 3/17/2016 | 10,000 | $6.3700 |
| Account 1 | Purchase | 3/18/2016 | 527 | $6.3500 |
| Account 1 | Purchase | 3/21/2016 | 195 | $6.3500 |
| Account 1 | Purchase | 3/23/2016 | 6,810 | $6.3700 |
| Account 1 | Purchase | 3/24/2016 | 10,000 | $6.3600 |
| Account 1 | Purchase | 3/28/2016 | 1,500 | $6.3300 |
| Account 1 | Purchase | 3/29/2016 | 300 | $6.3500 |
| Account 1 | Purchase | 3/30/2016 | 11,000 | $6.3282 |
| Account 1 | Purchase | 3/31/2016 | 10,000 | $6.3899 |
| Account 1 | Purchase | 4/4/2016 | 10,300 | $6.3601 |
| Account 1 | Purchase | 4/5/2016 | 1,527 | $6.3520 |
| Account 1 | Purchase | 4/6/2016 | 926 | $6.3600 |
| Account 1 | Purchase | 4/11/2016 | 100 | $6.3300 |
| Account 1 | Purchase | 4/13/2016 | 20,000 | $6.3417 |
| Account 1 | Purchase | 4/14/2016 | 1,200 | $6.3325 |
| Account 1 | Purchase | 4/18/2016 | 6,700 | $6.3455 |
| Account 1 | Purchase | 4/19/2016 | 11,800 | $6.3167 |
| Account 1 | Purchase | 4/20/2016 | 20,000 | $6.2960 |
| Account 1 | Purchase | 4/21/2016 | 200 | $6.2400 |
| Account 1 | Purchase | 4/26/2016 | 400 | $6.3200 |
| Account 1 | Purchase | 6/7/2016 | 9,200 | $5.8484 |
| Account 1 | Sale | 6/24/2016 | (200) | $6.0800 |
| Account 1 | Sale | 6/28/2016 | (8,167) | $5.9119 |
| Account 1 | Sale | 6/29/2016 | (700) | $5.9400 |
| Account 1 | Sale | 6/30/2016 | (46,000) | $5.8731 |
| Account 1 | Sale | 7/1/2016 | (8,256) | $5.9898 |
| Account 1 | Sale | 7/7/2016 | (8,700) | $5.7914 |
| Account 1 | Sale | 7/8/2016 | (21,700) | $5.7848 |
| Account 1 | Sale | 7/12/2016 | (10,229) | $5.8659 |
| Account 1 | Sale | 7/13/2016 | (1,700) | $5.8806 |
| Account 1 | Sale | 7/18/2016 | (11,274) | $5.8237 |
| Account 1 | Sale | 8/5/2016 | (100) | $5.9200 |
| Account 1 | Sale | 8/8/2016 | (2,400) | $5.8904 |
| Account 1 | Sale | 8/9/2016 | (10,000) | $5.8850 |
| Account 1 | Sale | 8/10/2016 | (1,400) | $5.9100 |
| Account 1 | Sale | 8/11/2016 | (1,500) | $5.9300 |
| Account 1 | Sale | 8/15/2016 | (9,100) | $5.9100 |
| Account 1 | Sale | 8/17/2016 | (5,900) | $5.9200 |
| Account 1 | Sale | 8/18/2016 | (47,397) | $5.9247 |
| Account 1 | Sale | 8/19/2016 | (18,400) | $5.9142 |
| Account 1 | Sale | 8/22/2016 | (19,900) | $5.9641 |
| Account 1 | Sale | 9/2/2016 | (24,500) | $5.9000 |
| Account 1 | Purchase | 10/12/2016 | 4,000 | $5.7975 |
| Account 1 | Purchase | 10/13/2016 | 4,500 | $5.7858 |
| Account 1 | Sale | 10/18/2016 | (3,400) | $5.8924 |
| Account 1 | Sale | 10/19/2016 | (5,100) | $6.0180 |
| Account 1 | Sale | 12/14/2016 | (1,588) | $6.0887 |
| Account 1 | Sale | 12/15/2016 | (1,900) | $6.0600 |
| Account 1 | Sale | 12/16/2016 | (200) | $5.9900 |
| Account 1 | Sale | 1/3/2017 | (300) | $5.9167 |

*Account 1 and 3's transactions are in common stock.  Account 2's transactions are in swaps.

**Sinovac Biotech Ltd. (SVA)**

**List of Purchases and Sales**

| Account* | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 1 | Sale | 1/4/2017 | (2,300) | $5.9317 |
| Account 1 | Sale | 1/5/2017 | (7,500) | $5.9871 |
| Account 1 | Sale | 1/6/2017 | (800) | $5.9913 |
| Account 1 | Sale | 1/9/2017 | (1,900) | $5.9916 |
| Account 1 | Sale | 1/11/2017 | (400) | $6.0500 |
| Account 1 | Sale | 1/17/2017 | (200) | $6.0400 |
| Account 1 | Sale | 3/1/2017 | (800) | $5.9300 |
| Account 1 | Sale | 3/8/2017 | (2,000) | $5.9070 |
| Account 1 | Sale | 3/9/2017 | (5,800) | $5.9723 |
| Account 1 | Sale | 3/10/2017 | (3,500) | $5.9787 |
| Account 1 | Sale | 3/13/2017 | (2,000) | $5.9905 |
| Account 1 | Sale | 3/14/2017 | (1,700) | $5.9903 |
| Account 1 | Sale | 3/15/2017 | (10,500) | $5.9891 |
| Account 1 | Sale | 3/22/2017 | (100) | $5.8000 |
| Account 1 | Purchase | 5/12/2017 | 1,600 | $5.1842 |
| Account 1 | Purchase | 5/17/2017 | 16,500 | $5.0244 |
| Account 1 | Purchase | 5/18/2017 | 18,326 | $4.7316 |
| Account 1 | Purchase | 5/19/2017 | 3,500 | $4.6585 |
| Account 1 | Purchase | 5/22/2017 | 4,500 | $4.6416 |
| Account 1 | Sale | 6/1/2017 | (16,500) | $5.3500 |
| Account 1 | Sale | 6/5/2017 | (4,500) | $5.3404 |
| Account 1 | Sale | 6/6/2017 | (1,100) | $5.3691 |
| Account 1 | Sale | 6/8/2017 | (1,900) | $5.4000 |
| Account 1 | Sale | 6/9/2017 | (10,500) | $5.3031 |
| Account 1 | Sale | 6/12/2017 | (2,391) | $5.3679 |
| Account 1 | Sale | 6/14/2017 | (8,200) | $5.3522 |
| Account 1 | Sale | 6/15/2017 | (12,131) | $5.3841 |
| Account 1 | Sale | 6/16/2017 | (8,501) | $5.4090 |
| Account 1 | Sale | 6/19/2017 | (4,000) | $5.4703 |
| Account 1 | Sale | 6/20/2017 | (4,200) | $5.4938 |
| Account 1 | Sale | 6/21/2017 | (8,400) | $5.5895 |
| Account 1 | Sale | 6/22/2017 | (6,000) | $5.7256 |
| Account 1 | Purchase | 6/28/2017 | 10,000 | $6.5098 |
| Account 1 | Sale | 6/28/2017 | (26,550) | $6.7780 |
| Account 1 | Sale | 6/29/2017 | (18,251) | $6.8688 |
| Account 1 | Sale | 6/30/2017 | (12,000) | $6.8326 |
| Account 1 | Sale | 7/3/2017 | (1,000) | $6.8700 |
| Account 1 | Sale | 7/6/2017 | (1,205) | $6.8566 |
| Account 1 | Sale | 7/7/2017 | (2,000) | $6.8500 |
| Account 1 | Sale | 7/10/2017 | (8,000) | $6.8800 |
| Account 1 | Sale | 8/1/2017 | (23,414) | $6.6410 |
| Account 1 | Sale | 8/2/2017 | (15,100) | $6.6332 |
| Account 1 | Sale | 8/3/2017 | (11,044) | $6.6734 |
| Account 1 | Purchase | 8/4/2017 | 1,500 | $6.5987 |
| Account 1 | Sale | 8/7/2017 | (2,500) | $6.6852 |
| Account 1 | Purchase | 8/10/2017 | 65,876 | $6.8253 |
| Account 1 | Purchase | 8/11/2017 | 26,419 | $6.8669 |
| Account 1 | Purchase | 8/14/2017 | 10,000 | $6.8000 |
| Account 1 | Purchase | 8/15/2017 | 13,207 | $6.7895 |
| Account 1 | Purchase | 8/16/2017 | 4,104 | $6.7970 |
| Account 1 | Purchase | 8/17/2017 | 4,800 | $6.7500 |
| Account 1 | Purchase | 8/18/2017 | 4,300 | $6.7458 |
| Account 1 | Purchase | 8/24/2017 | 15,062 | $6.8807 |
| Account 1 | Purchase | 8/25/2017 | 10,400 | $6.8675 |
| Account 1 | Purchase | 8/28/2017 | 5,000 | $6.8574 |
| Account 1 | Purchase | 8/29/2017 | 1,503 | $6.8500 |
| Account 1 | Purchase | 8/30/2017 | 13,653 | $6.8826 |
| Account 1 | Purchase | 8/31/2017 | 3,000 | $6.8800 |
| Account 1 | Purchase | 9/1/2017 | 5,000 | $6.8800 |
| Account 1 | Purchase | 9/5/2017 | 5,000 | $6.8579 |
| Account 1 | Purchase | 9/6/2017 | 10,000 | $6.8239 |
| Account 1 | Purchase | 9/7/2017 | 10,000 | $6.7812 |
| Account 1 | Purchase | 9/8/2017 | 4,475 | $6.7780 |

*Account 1 and 3's transactions are in common stock.  Account 2's transactions are in swaps.

**Sinovac Biotech Ltd. (SVA)**

**List of Purchases and Sales**

| Account* | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 1 | Purchase | 9/11/2017 | 4,900 | $6.7905 |
| Account 1 | Purchase | 9/12/2017 | 12,478 | $6.7881 |
| Account 1 | Purchase | 9/14/2017 | 1,100 | $6.7491 |
| Account 1 | Sale | 9/28/2017 | (500) | $6.9480 |
| Account 1 | Sale | 9/29/2017 | (4,401) | $7.0509 |
| Account 1 | Sale | 10/2/2017 | (13,037) | $7.1048 |
| Account 1 | Sale | 10/3/2017 | (7,400) | $7.1371 |
| Account 1 | Sale | 10/4/2017 | (62,784) | $7.0114 |
| Account 1 | Sale | 10/5/2017 | (15,300) | $7.0003 |
| Account 1 | Purchase | 10/6/2017 | 12,769 | $6.9493 |
| Account 1 | Purchase | 10/9/2017 | 6,800 | $7.0391 |
| Account 1 | Purchase | 10/10/2017 | 10,500 | $7.0062 |
| Account 1 | Purchase | 10/11/2017 | 8,440 | $7.0085 |
| Account 1 | Purchase | 10/12/2017 | 6,600 | $7.0247 |
| Account 1 | Purchase | 10/13/2017 | 7,000 | $7.0540 |
| Account 1 | Purchase | 10/16/2017 | 7,721 | $7.0393 |
| Account 1 | Purchase | 10/17/2017 | 2,904 | $7.0190 |
| Account 1 | Purchase | 10/18/2017 | 100 | $6.9800 |
| Account 1 | Purchase | 10/19/2017 | 5,000 | $6.9900 |
| Account 1 | Purchase | 10/20/2017 | 7,900 | $7.0175 |
| Account 1 | Purchase | 10/26/2017 | 6,000 | $7.0499 |
| Account 1 | Purchase | 10/27/2017 | 8,615 | $7.0443 |
| Account 1 | Purchase | 10/30/2017 | 6,000 | $7.0433 |
| Account 1 | Sale | 11/2/2017 | (700) | $7.2200 |
| Account 1 | Purchase | 11/7/2017 | 14,800 | $7.0247 |
| Account 1 | Sale | 11/8/2017 | (1,060) | $7.2500 |
| Account 1 | Sale | 11/8/2017 | (8,000) | $7.2273 |
| Account 1 | Sale | 11/16/2017 | (6,511) | $7.6346 |
| Account 1 | Sale | 11/17/2017 | (77,100) | $7.7695 |
| Account 1 | Purchase | 11/20/2017 | 191,800 | $7.5000 |
| Account 1 | Purchase | 11/20/2017 | 10,000 | $7.7750 |
| Account 1 | Sale | 11/20/2017 | (10,000) | $7.7868 |
| Account 1 | Purchase | 11/21/2017 | 10,000 | $7.7700 |
| Account 1 | Sale | 11/21/2017 | (47,455) | $7.7669 |
| Account 1 | Purchase | 11/22/2017 | 10,000 | $7.6700 |
| Account 1 | Purchase | 11/24/2017 | 10,000 | $7.9650 |
| Account 1 | Sale | 11/24/2017 | (33,100) | $7.7830 |
| Account 1 | Sale | 11/24/2017 | (45,000) | $7.8575 |
| Account 1 | Purchase | 11/28/2017 | 10,000 | $7.9800 |
| Account 1 | Sale | 11/28/2017 | (12,200) | $7.9786 |
| Account 1 | Purchase | 11/29/2017 | 10,000 | $7.9500 |
| Account 1 | Sale | 11/29/2017 | (12,000) | $7.9728 |
| Account 1 | Sale | 11/29/2017 | (22,045) | $7.9615 |
| Account 1 | Purchase | 11/30/2017 | 12,045 | $7.9800 |
| Account 1 | Sale | 12/1/2017 | (10,000) | $7.9700 |
| Account 1 | Sale | 12/20/2017 | (36,406) | $7.9832 |
| Account 1 | Sale | 12/21/2017 | (14,230) | $7.9802 |
| Account 1 | Sale | 12/22/2017 | (10,000) | $7.9851 |
| Account 1 | Sale | 1/2/2018 | (20,000) | $7.9706 |
| Account 1 | Purchase | 1/8/2018 | 12,500 | $7.9376 |
| Account 1 | Purchase | 1/9/2018 | 10,400 | $7.9485 |
| Account 1 | Purchase | 1/10/2018 | 17,000 | $7.9591 |
| Account 1 | Purchase | 1/23/2018 | 5,100 | $8.5131 |
| Account 1 | Purchase | 1/24/2018 | 3,122 | $8.3524 |
| Account 1 | Purchase | 1/25/2018 | 3,000 | $8.2933 |
| Account 1 | Purchase | 1/26/2018 | 3,000 | $8.2933 |
| Account 1 | Purchase | 1/30/2018 | 3,640 | $8.2458 |
| Account 1 | Purchase | 1/31/2018 | 16,500 | $8.2661 |
| Account 1 | Purchase | 2/1/2018 | 3,313 | $8.4421 |
| Account 1 | Purchase | 2/2/2018 | 6,200 | $8.3652 |
| Account 1 | Purchase | 2/5/2018 | 11,000 | $8.2282 |
| Account 1 | Purchase | 2/6/2018 | 16,000 | $8.0393 |
| Account 1 | Purchase | 2/8/2018 | 4,100 | $8.1873 |

*Account 1 and 3's transactions are in common stock.  Account 2's transactions are in swaps.

**Sinovac Biotech Ltd. (SVA)**

### List of Purchases and Sales

| Account* | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 1 | Purchase | 2/8/2018 | 3,550 | $8.2634 |
| Account 1 | Purchase | 2/9/2018 | 2,800 | $8.1079 |
| Account 1 | Purchase | 2/12/2018 | 6,500 | $8.1123 |
| Account 1 | Purchase | 2/14/2018 | 3,600 | $8.1089 |
| Account 1 | Purchase | 3/7/2018 | 5,535 | $8.1908 |
| Account 1 | Purchase | 3/8/2018 | 2,200 | $8.2164 |
| Account 1 | Sale | 3/15/2018 | (5,783) | $8.5417 |
| Account 1 | Sale | 3/16/2018 | (20,491) | $8.5844 |
| Account 1 | Sale | 3/19/2018 | (2,439) | $8.6622 |
| Account 1 | Purchase | 3/26/2018 | 5,000 | $8.4074 |
| Account 1 | Purchase | 3/27/2018 | 3,600 | $8.3933 |
| Account 1 | Purchase | 3/28/2018 | 6,000 | $8.3151 |
| Account 1 | Purchase | 3/29/2018 | 5,400 | $8.3267 |
| Account 1 | Purchase | 4/2/2018 | 8,000 | $8.3262 |
| Account 1 | Purchase | 4/3/2018 | 5,400 | $8.2035 |
| Account 1 | Purchase | 4/4/2018 | 4,484 | $8.2781 |
| Account 1 | Purchase | 4/5/2018 | 2,000 | $8.3400 |
| Account 1 | Purchase | 4/6/2018 | 7,187 | $8.2348 |
| Account 1 | Purchase | 4/9/2018 | 2,700 | $8.2150 |
| Account 1 | Purchase | 4/11/2018 | 1,300 | $8.2231 |
| Account 1 | Purchase | 4/12/2018 | 5,700 | $8.1812 |
| Account 1 | Purchase | 4/13/2018 | 1,500 | $8.1533 |
| Account 1 | Purchase | 4/16/2018 | 6,045 | $8.0179 |
| Account 1 | Purchase | 4/17/2018 | 2,200 | $8.0500 |
| Account 1 | Purchase | 4/18/2018 | 16,550 | $7.5160 |
| Account 1 | Sale | 4/19/2018 | (9,468) | $7.8272 |
| Account 1 | Purchase | 4/20/2018 | 800 | $7.8500 |
| Account 1 | Sale | 4/25/2018 | (6,782) | $7.9046 |
| Account 1 | Sale | 4/26/2018 | (1,000) | $7.8500 |
| Account 1 | Sale | 4/27/2018 | (1,000) | $7.9300 |
| Account 1 | Purchase | 5/4/2018 | 1,000 | $7.7800 |
| Account 1 | Purchase | 5/8/2018 | 5,000 | $7.3738 |
| Account 1 | Sale | 5/11/2018 | (1,591) | $7.8586 |
| Account 1 | Sale | 5/14/2018 | (500) | $7.8060 |
| Account 1 | Purchase | 5/21/2018 | 5,600 | $7.5904 |
| Account 1 | Purchase | 5/25/2018 | 6,967 | $7.4355 |
| Account 1 | Purchase | 5/31/2018 | 2,180 | $7.7534 |
| Account 1 | Sale | 6/5/2018 | (3,409) | $8.3067 |
| Account 1 | Purchase | 6/6/2018 | 1,500 | $8.3200 |
| Account 1 | Sale | 6/8/2018 | (4,000) | $8.6480 |
| Account 1 | Purchase | 6/11/2018 | 2,213 | $8.4388 |
| Account 1 | Purchase | 6/12/2018 | 9,100 | $8.2698 |
| Account 1 | Purchase | 6/13/2018 | 13,059 | $8.0212 |
| Account 1 | Purchase | 6/14/2018 | 11,200 | $7.8487 |
| Account 1 | Purchase | 6/15/2018 | 8,700 | $7.6953 |
| Account 1 | Sale | 6/18/2018 | (1,300) | $8.1275 |
| Account 1 | Sale | 6/18/2018 | (2,500) | $8.1069 |
| Account 1 | Purchase | 6/19/2018 | 20 | $7.8500 |
| Account 1 | Sale | 6/25/2018 | (1,200) | $7.5700 |
| Account 1 | Sale | 6/26/2018 | (15,700) | $7.6300 |
| Account 1 | Sale | 6/27/2018 | (48,549) | $7.4965 |
| Account 1 | Sale | 6/28/2018 | (400) | $7.5000 |
| Account 1 | Purchase | 6/29/2018 | 2,830 | $7.4590 |
| Account 1 | Sale | 7/2/2018 | (300) | $7.5300 |
| Account 1 | Sale | 7/3/2018 | (8,000) | $8.0000 |
| Account 1 | Sale | 7/6/2018 | (2,000) | $7.6605 |
| Account 1 | Sale | 7/9/2018 | (100) | $7.7000 |
| Account 1 | Sale | 7/10/2018 | (5,000) | $7.6500 |
| Account 1 | Sale | 7/11/2018 | (5,000) | $7.7500 |
| Account 1 | Sale | 7/13/2018 | (20,000) | $7.8376 |
| Account 1 | Sale | 7/26/2018 | (15,189) | $7.8083 |
| Account 1 | Purchase | 7/27/2018 | 2,000 | $7.6500 |
| Account 1 | Purchase | 8/3/2018 | 4,489 | $7.3442 |

*Account 1 and 3's transactions are in common stock.  Account 2's transactions are in swaps.

**Sinovac Biotech Ltd. (SVA)**

**List of Purchases and Sales**

| Account* | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 1 | Sale | 8/30/2018 | (18,920) | $6.7742 |
| Account 1 | Sale | 8/31/2018 | (5,100) | $7.0767 |
| Account 1 | Sale | 9/5/2018 | (8,900) | $7.0060 |
| Account 1 | Sale | 9/6/2018 | (2,875) | $7.0502 |
| Account 1 | Sale | 9/7/2018 | (2,700) | $7.0844 |
| Account 1 | Sale | 9/10/2018 | (7,800) | $7.0476 |
| Account 1 | Sale | 9/11/2018 | (5,100) | $7.0811 |
| Account 1 | Sale | 9/12/2018 | (8,400) | $7.2158 |
| Account 1 | Sale | 9/13/2018 | (10,100) | $7.3545 |
| Account 1 | Sale | 9/17/2018 | (3,795) | $7.5290 |
| Account 1 | Sale | 9/21/2018 | (5,207) | $7.8763 |
| Account 1 | Sale | 9/26/2018 | (200) | $7.8500 |
| Account 1 | Purchase | 9/27/2018 | 24,987 | $7.7400 |
| Account 1 | Sale | 9/28/2018 | (1,100) | $7.7909 |
| Account 1 | Sale | 10/2/2018 | (3,268) | $7.8317 |
| Account 1 | Sale | 10/3/2018 | (1,000) | $7.8000 |
| Account 1 | Sale | 10/4/2018 | (3,570) | $7.8000 |
| Account 1 | Sale | 10/16/2018 | (1,100) | $7.3264 |
| Account 1 | Sale | 10/18/2018 | (5,600) | $7.3800 |
| Account 1 | Sale | 10/19/2018 | (5,000) | $7.4155 |
| Account 1 | Sale | 10/22/2018 | (7,105) | $7.5913 |
| Account 1 | Sale | 10/23/2018 | (7,996) | $7.5946 |
| Account 1 | Sale | 10/24/2018 | (6,838) | $7.5868 |
| Account 1 | Sale | 10/25/2018 | (20,000) | $7.5571 |
| Account 1 | Sale | 10/26/2018 | (9,100) | $7.4978 |
| Account 1 | Sale | 10/30/2018 | (14,975) | $7.1713 |
| Account 1 | Sale | 10/31/2018 | (15,305) | $7.1014 |
| Account 1 | Sale | 11/1/2018 | (5,406) | $7.2053 |
| Account 1 | Sale | 11/2/2018 | (6,976) | $7.3633 |
| Account 1 | Sale | 11/5/2018 | (10,306) | $7.4993 |
| Account 1 | Sale | 11/6/2018 | (4,683) | $7.5817 |
| Account 1 | Sale | 11/7/2018 | (4,000) | $7.6972 |
| Account 1 | Sale | 11/8/2018 | (1,200) | $7.7500 |
| Account 1 | Sale | 11/14/2018 | (12,200) | $7.4040 |
| Account 1 | Sale | 11/20/2018 | (11,467) | $7.4998 |
| Account 1 | Sale | 11/27/2018 | (8,787) | $7.3389 |
| Account 1 | Sale | 11/28/2018 | (45,300) | $7.4911 |
| Account 1 | Sale | 11/30/2018 | (100) | $7.4800 |
| Account 1 | Sale | 12/4/2018 | (8,000) | $7.4734 |
| Account 1 | Sale | 12/18/2018 | (2,300) | $6.9500 |
| Account 1 | Sale | 12/19/2018 | (4,900) | $6.8592 |
| Account 1 | Sale | 12/20/2018 | (14,380) | $6.6546 |
| Account 1 | Sale | 12/21/2018 | (4,504) | $6.5904 |
| Account 1 | Sale | 12/24/2018 | (10,600) | $6.3409 |
| Account 1 | Sale | 12/26/2018 | (12,700) | $6.7026 |
| Account 1 | Sale | 12/27/2018 | (11,205) | $6.8050 |
| Account 1 | Sale | 2/21/2019 | (4,793) | $6.4900 |
| Account 2 | Purchase | 2/5/2016 | 144,547 | $6.9917 |
| Account 2 | Purchase | 2/8/2016 | 138,958 | $6.7839 |
| Account 2 | Sale | 7/19/2016 | (27,797) | $5.8856 |
| Account 2 | Sale | 7/20/2016 | (11,700) | $5.9449 |
| Account 2 | Sale | 7/21/2016 | (20,728) | $5.9533 |
| Account 2 | Sale | 7/22/2016 | (4,158) | $5.9598 |
| Account 2 | Sale | 7/25/2016 | (100) | $5.9700 |
| Account 2 | Sale | 7/27/2016 | (5,012) | $5.8894 |
| Account 2 | Sale | 7/28/2016 | (6,700) | $5.8523 |
| Account 2 | Sale | 7/29/2016 | (2,322) | $5.8875 |
| Account 2 | Sale | 8/1/2016 | (44,900) | $5.9063 |
| Account 2 | Sale | 8/2/2016 | (18,204) | $5.9058 |
| Account 2 | Sale | 8/3/2016 | (8,900) | $5.9163 |
| Account 2 | Sale | 8/4/2016 | (6,792) | $5.9305 |
| Account 2 | Sale | 8/23/2016 | (10,000) | $5.9500 |

*Account 1 and 3's transactions are in common stock.  Account 2's transactions are in swaps.

**Sinovac Biotech Ltd. (SVA)**

**List of Purchases and Sales**

| Account* | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 2 | Sale | 8/24/2016 | (1,994) | $5.9800 |
| Account 2 | Sale | 9/1/2016 | (1,800) | $5.9400 |
| Account 2 | Sale | 9/7/2016 | (3,200) | $5.9578 |
| Account 2 | Sale | 10/20/2016 | (300) | $6.0600 |
| Account 2 | Sale | 10/21/2016 | (11,282) | $6.0822 |
| Account 2 | Sale | 10/24/2016 | (1,171) | $6.2246 |
| Account 2 | Sale | 10/31/2016 | (3,100) | $6.1800 |
| Account 2 | Sale | 11/1/2016 | (3,800) | $6.2055 |
| Account 2 | Sale | 11/7/2016 | (100) | $6.1900 |
| Account 2 | Sale | 11/9/2016 | (4,100) | $6.2112 |
| Account 2 | Sale | 11/23/2016 | (16,774) | $6.2236 |
| Account 2 | Sale | 11/28/2016 | (2,672) | $6.2704 |
| Account 2 | Sale | 11/29/2016 | (1,700) | $6.2103 |
| Account 2 | Sale | 11/30/2016 | (3,735) | $6.0992 |
| Account 2 | Sale | 12/1/2016 | (35,000) | $6.0755 |
| Account 2 | Sale | 12/6/2016 | (9,800) | $6.0817 |
| Account 2 | Sale | 12/7/2016 | (1,240) | $6.1484 |
| Account 2 | Sale | 12/21/2016 | (4,000) | $5.8061 |
| Account 2 | Sale | 12/22/2016 | (4,213) | $5.7887 |
| Account 2 | Sale | 12/28/2016 | (2,600) | $5.9100 |
| Account 2 | Sale | 12/29/2016 | (2,000) | $5.9500 |
| Account 2 | Sale | 1/10/2017 | (1,424) | $6.0135 |
| Account 2 | Purchase | 4/11/2017 | 7,000 | $5.5871 |
| Account 2 | Sale | 4/21/2017 | (1,700) | $5.6306 |
| Account 2 | Purchase | 5/5/2017 | 3,800 | $5.3787 |
| Account 2 | Purchase | 5/8/2017 | 2,195 | $5.3291 |
| Account 2 | Purchase | 5/9/2017 | 11,500 | $5.2173 |
| Account 2 | Purchase | 5/10/2017 | 2,500 | $5.1842 |
| Account 2 | Purchase | 5/11/2017 | 3,100 | $5.1421 |
| Account 2 | Sale | 5/25/2017 | (3,980) | $5.0055 |
| Account 2 | Sale | 5/26/2017 | (12,760) | $5.2629 |
| Account 2 | Sale | 5/31/2017 | (1,500) | $5.3560 |
| Account 2 | Sale | 6/1/2017 | (10,342) | $5.3493 |
| Account 2 | Purchase | 7/24/2017 | 2,600 | $6.8331 |
| Account 2 | Purchase | 7/25/2017 | 6,700 | $6.8322 |
| Account 2 | Purchase | 7/27/2017 | 2,907 | $6.8200 |
| Account 2 | Purchase | 7/31/2017 | 11,000 | $6.6769 |
| Account 2 | Purchase | 2/27/2018 | 480 | $8.2300 |
| Account 2 | Purchase | 2/28/2018 | 300 | $8.2067 |
| Account 2 | Sale | 9/27/2018 | (23,987) | $7.7400 |
| | | | | |
| Account 3 | Purchase | 2/8/2016 | 5,000 | $6.6998 |
| Account 3 | Purchase | 3/24/2016 | 5,000 | $6.3999 |
| Account 3 | Purchase | 3/30/2016 | 5,000 | $6.3801 |
| Account 3 | Purchase | 5/15/2017 | 2,000 | $5.1454 |
| Account 3 | Purchase | 5/17/2017 | 2,600 | $4.9685 |
| Account 3 | Purchase | 5/18/2017 | 1,000 | $4.6480 |
| Account 3 | Sale | 7/6/2017 | (2,700) | $6.8731 |
| Account 3 | Sale | 7/14/2017 | (600) | $6.8850 |
| Account 3 | Purchase | 7/31/2017 | 1,000 | $6.6310 |
| Account 3 | Purchase | 8/1/2017 | 1,000 | $6.6290 |
| Account 3 | Purchase | 8/2/2017 | 8,000 | $6.6244 |
| Account 3 | Purchase | 8/10/2017 | 4,000 | $6.7940 |
| Account 3 | Purchase | 8/11/2017 | 1,000 | $6.8335 |
| Account 3 | Purchase | 8/16/2017 | 1,000 | $6.8100 |
| Account 3 | Purchase | 8/24/2017 | 2,000 | $6.9000 |
| Account 3 | Purchase | 8/30/2017 | 500 | $6.8800 |
| Account 3 | Purchase | 8/31/2017 | 1,000 | $6.8800 |
| Account 3 | Purchase | 9/1/2017 | 2,200 | $6.8895 |
| Account 3 | Purchase | 9/7/2017 | 1,000 | $6.7700 |
| Account 3 | Sale | 9/26/2017 | (600) | $6.9427 |
| Account 3 | Sale | 9/27/2017 | (300) | $6.9533 |
| Account 3 | Sale | 9/28/2017 | (800) | $6.9638 |

*Account 1 and 3's transactions are in common stock.  Account 2's transactions are in swaps.

**Sinovac Biotech Ltd. (SVA)**

**List of Purchases and Sales**

| Account* | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 3 | Purchase | 10/6/2017 | 800 | $6.9500 |
| Account 3 | Purchase | 10/18/2017 | 900 | $7.0700 |
| Account 3 | Sale | 10/31/2017 | (800) | $7.2013 |
| Account 3 | Sale | 11/10/2017 | (600) | $7.2000 |
| Account 3 | Sale | 11/16/2017 | (1,600) | $7.5125 |
| Account 3 | Sale | 11/17/2017 | (1,000) | $7.7245 |
| Account 3 | Purchase | 11/22/2017 | 650 | $7.6875 |
| Account 3 | Sale | 11/24/2017 | (900) | $7.9722 |
| Account 3 | Sale | 12/28/2017 | (1,000) | $7.9200 |
| Account 3 | Sale | 12/29/2017 | (600) | $7.9400 |
| Account 3 | Purchase | 3/2/2018 | 4,345 | $8.2447 |
| Account 3 | Purchase | 3/5/2018 | 6,186 | $8.2448 |
| Account 3 | Purchase | 3/6/2018 | 4,500 | $8.1267 |
| Account 3 | Purchase | 3/12/2018 | 1,500 | $8.2219 |
| Account 3 | Sale | 3/15/2018 | (1,000) | $8.5480 |
| Account 3 | Sale | 3/20/2018 | (400) | $8.7000 |
| Account 3 | Sale | 4/27/2018 | (1,000) | $7.9210 |
| Account 3 | Purchase | 5/18/2018 | 2,000 | $7.5480 |
| Account 3 | Sale | 6/5/2018 | (1,000) | $8.3200 |
| Account 3 | Sale | 6/8/2018 | (1,200) | $8.6300 |
| Account 3 | Purchase | 6/13/2018 | 1,000 | $7.9155 |
| Account 3 | Purchase | 7/3/2018 | 1,600 | $7.7713 |
| Account 3 | Sale | 7/13/2018 | (1,300) | $7.9185 |
| Account 3 | Sale | 7/26/2018 | (500) | $7.8806 |
| Account 3 | Sale | 8/30/2018 | (1,500) | $6.7500 |
| Account 3 | Sale | 9/17/2018 | (1,000) | $7.4630 |
| Account 3 | Sale | 9/18/2018 | (800) | $7.5475 |
| Account 3 | Sale | 9/20/2018 | (1,200) | $7.5900 |
| Account 3 | Sale | 9/21/2018 | (1,000) | $7.9200 |
| Account 3 | Sale | 10/23/2018 | (1,000) | $7.5946 |
| Account 3 | Sale | 10/24/2018 | (1,500) | $7.5868 |
| Account 3 | Sale | 10/25/2018 | (2,500) | $7.5571 |
| Account 3 | Sale | 10/26/2018 | (3,200) | $7.4978 |
| Account 3 | Sale | 11/1/2018 | (1,000) | $7.2053 |
| Account 3 | Sale | 11/5/2018 | (1,500) | $7.4993 |
| Account 3 | Sale | 11/6/2018 | (3,000) | $7.5817 |
| Account 3 | Sale | 11/7/2018 | (2,400) | $7.6972 |
| Account 3 | Sale | 11/8/2018 | (1,600) | $7.7500 |
| Account 3 | Sale | 11/13/2018 | (2,000) | $7.7038 |
| Account 3 | Sale | 11/14/2018 | (4,095) | $7.4040 |
| Account 3 | Sale | 11/20/2018 | (1,551) | $7.4998 |
| Account 3 | Sale | 11/28/2018 | (3,000) | $7.4911 |
| Account 3 | Sale | 1/8/2019 | (1,000) | $6.9220 |
| Account 3 | Sale | 1/17/2019 | (1,090) | $6.5414 |
| Account 3 | Sale | 1/18/2019 | (5,000) | $6.5720 |
| Account 3 | Sale | 1/25/2019 | (200) | $6.5000 |
| Account 3 | Sale | 1/30/2019 | (400) | $6.5050 |
| Account 3 | Sale | 1/31/2019 | (300) | $6.5500 |
| Account 3 | Sale | 2/1/2019 | (2,000) | $6.5500 |
| Account 3 | Sale | 2/12/2019 | (900) | $6.6789 |

*Account 1 and 3's transactions are in common stock.  Account 2's transactions are in swaps.