**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| MW GESTION, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Case No.:  1:22-cv-11315-NMG |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| 1GLOBE CAPITAL LLC, JIAQIANG LI, CHIANG LI FAMILY, JEFF LI, and LINDA LI | ) ) ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF TIMOTHY J. PERLA IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS**

I, Timothy J. Perla, hereby declare under penalty of perjury as follows:

1.      I am a partner with the firm Wilmer Cutler Pickering Hale and Dorr LLP and counsel for 1Globe Capital LLC ("1Globe"), Jiaqiang Li ("Li"), Chiang Li Family, and Linda Li (collectively the "Defendants") in the above-captioned matter.  I am an attorney licensed to practice in the Commonwealth of Massachusetts.  I am over the age of eighteen and have personal knowledge of, and am competent to testify about, the factual matters asserted herein.  If called as a witness, I could and would competently testify thereto.  I submit this Declaration in support of Defendants' Motion to Dismiss the First Amended Complaint.

2.      Attached as Exhibit A is a true and correct copy of Sinovac's Rights Agreement, which was adopted by Sinovac on March 28, 2016 and filed with the SEC on March 29, 2016 as Exhibit 4.1 to Sinovac's Form 6-K quoted at ¶¶ 42, 47, 49-52, and 97-100 the First Amended Complaint.

3.      Attached as Exhibit B is a true and correct copy of Sinovac's Form 6-K, filed with the SEC on February 22, 2019.

4.      Attached as Exhibit C is a true and correct copy of the May 13, 2020 Order issued by the SEC in *In the Matter of 1Globe Capital, LLC and Jiaqiang "Chiang" Li* (Release No. 88864) (quoted at ¶¶ 3, 9, 17, 52-53, 58, 60-62, 64, 67, 74, 78-81, 120, 158, 163-69, and 177 of the First Amended Complaint).

5.      Attached as Exhibit D is a true and correct copy of Sinovac's Form 6-K and Exhibit 99.1 to the Form 6-K, filed with the SEC on March 6, 2018.

6.      Attached as Exhibit E is a true and correct copy of Sinovac's Form 6-K and Exhibit 99.1 to the Form 6-K, filed with the SEC on May 18, 2020.

7.      Attached as Exhibit F is a true and correct copy of the Schedule 13G filed by 1Globe with the SEC on April 5, 2016 (quoted at ¶¶ 65, 72, 88, and 133 of the First Amended Complaint).

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19th day of January, 2023, in Boston, Massachusetts.

/s/ Timothy J. Perla
Timothy J. Perla

2