**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| MW GESTION, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Case No.:  1:22-cv-11315-NMG |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| 1GLOBE CAPITAL LLC, JIAQIANG LI, CHIANG LI FAMILY, JEFF LI, and LINDA LI | ) ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Timothy J. Perla as counsel for Defendant Jeff Li in the above-referenced action.

Respectfully submitted,

Dated:  January 31, 2023

*/s/ Timothy J. Perla*
Timothy J. Perla (BBO #660447)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
timothy.perla@wilmerhale.com

*Counsel for Defendants 1Globe Capital LLC, Jiaqiang Li, Chiang Li Family, Jeff Li, and Linda Li*

- 1 -