**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| MW GESTION, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Case No.: 1:22-cv-11315-NMG |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| 1GLOBE CAPITAL LLC, JIAQIANG LI, CHIANG LI FAMILY, JEFF LI, and LINDA LI | ) ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Erika M.

Schutzman as counsel for Defendants 1Globe Capital LLC, Jiaqiang Li, Chiang Li Family, Jeff

Li, and Linda Li in the above-referenced action.

Respectfully submitted,

Dated: January 31, 2023

*/s/ Erika M. Schutzman*

Erika M. Schutzman (BBO #696241)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
erika.schutzman@wilmerhale.com

*Counsel for Defendants 1Globe Capital LLC, Jiaqiang Li, Chiang Li Family, Jeff Li, and Linda Li*

- 1 -