**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MW GESTION, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>1GLOBE CAPITAL LLC, JIAQIANG LI, CHIANG LI FAMILY, JEFF LI, and LINDA LI<br><br>    Defendants. | Case No.:  1:22-cv-11315-NMG |

**JEFF LI'S JOINDER IN DEFENDANTS' MOTION TO DISMISS**
**THE FIRST AMENDED CLASS ACTION COMPLAINT**

Defendant Jeff Li hereby joins in Defendants' Motion to Dismiss the First Amended Class Action Complaint ("Motion to Dismiss") (Dkt. 28), filed in this action on January 19, 2023, as well as all supporting papers filed in connection with the Motion to Dismiss.

By and through this joinder, and pursuant to Fed. R. Civ. P. 12(b)(6), Mr. Li requests that the First Amended Class Action Complaint ("Complaint") alleging violations of the federal securities laws (Counts I-III) and for tortious interference with contract (Count IV) be dismissed on the grounds that it fails to state a claim upon which relief can be granted.  The arguments concerning Counts I-IV of the Complaint set forth in the Motion to Dismiss, which Mr. Li hereby joins, apply with equal force to Mr. Li.  Therefore, for the reasons stated in the Motion to Dismiss and the supporting papers filed in connection with the Motion to Dismiss, Mr. Li requests that the Court dismiss all claims asserted against him.

Dated: February 2, 2023                          Respectfully submitted,

                                                 */s/ Michael G. Bongiorno*
                                                 **WILMER CUTLER PICKERING**
                                                 **   HALE AND DORR LLP**
                                                 Michael G. Bongiorno (BBO # 558748)
                                                 Timothy J. Perla (BBO # 660447)
                                                 Peter A. Spaeth (BBO # 545202)
                                                 Erika M. Schutzman (BBO # 696241)
                                                 Carol Guerrero (BBO # 705419)
                                                 60 State Street
                                                 Boston, MA 02109
                                                 617/526-6000 (t)
                                                 617/526-5000 (f)
                                                 michael.bongiorno@wilmerhale.com
                                                 timothy.perla@wilmerhale.com
                                                 peter.spaeth@wilmerhale.com
                                                 erika.schutzman@wilmerhale.com
                                                 carol.guerrero@wilmerhale.com

                                                 *Counsel for Defendant Jeff Li*