**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE 1GLOBE CAPITAL LLC SECURITIES LITIGATION | No.: 1:22-cv-11315-NMG |

**DECLARATION OF MICHAEL GRUNFELD IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Michael Grunfeld, hereby declare as follows:

1.      I am a partner at the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Lead Plaintiff MW Gestion ("Lead Plaintiff"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint.

2.      Attached hereto as Exhibit 1 is a true and correct copy of filings from the action captioned, *Sinovac Biotech Ltd. v. 1Globe Capital, LLC, et al.*, C.A. No. 2018-0143-JTL (Del. Ch.), dated March 15, 2019, April 5, 2019, October 8, 2020, and March 17, 2022.

3.      Attached hereto as Exhibit 2 is a true and correct copy of a Form 6-K that Sinovac Biotech Ltd. filed with the U.S. Securities and Exchange Commission on March 29, 2016, regarding its Entry into the Rights Agreement.

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 6, 2023, at New York, New York.

*/s/ Michael Grunfeld*
Michael Grunfeld