**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| MW GESTION, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Case No.:  1:22-cv-11315-NMG |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| 1GLOBE CAPITAL LLC, JIAQIANG LI, CHIANG LI FAMILY, JEFF LI, and LINDA LI | ) ) ) ) | **ORAL ARGUMENT REQUESTED** |
| Defendants. | ) ) ) | |

**DEFENDANTS' MOTION TO STAY**

Defendants respectfully move the Court for an order staying the above-captioned action pending the resolution of related litigation in Delaware and Antigua.

The grounds for this Motion, which are explained in detail in the accompanying Memorandum of Law, are that a stay of limited duration would effectively conserve judicial and party resources, would avoid the risk of inconsistent rulings, and would comport with considerations of international comity without prejudicing the Plaintiff.

**REQUEST FOR ORAL ARGUMENT**

Defendants respectfully request oral argument on this Motion pursuant to Local Rule 7.1(d).  Defendants believe that oral argument will assist the Court's consideration of this Motion, and they would appreciate the opportunity for counsel to address any issues raised by, or questions posed by, the Court.

Dated: November 3, 2023

Respectfully submitted,

_/s/ Michael G. Bongiorno_
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
Michael G. Bongiorno (BBO # 558748)
Timothy J. Perla (BBO # 660447)
Peter A. Spaeth (BBO # 545202)
Erika M. Schutzman (BBO # 696241)
60 State Street
Boston, MA 02109
617/526-6000 (t)
617/526-5000 (f)
michael.bongiorno@wilmerhale.com
timothy.perla@wilmerhale.com
peter.spaeth@wilmerhale.com
erika.schutzman@wilmerhale.com

_Counsel for Defendants_

## RULE 7.1(a)(2) CERTIFICATE

I hereby certify that counsel for Defendants conferred with counsel for Plaintiff, and the

parties were not able to narrow the scope of the issues presented in Defendants' Motion to Stay.

_/s/ Michael G. Bongiorno_
Michael G. Bongiorno