**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MW GESTION, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br>v.<br><br>1GLOBE CAPITAL LLC, JIAQIANG LI, CHIANG LI FAMILY, JEFF LI, and LINDA LI<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:  1:22-cv-11315-NMG |

## <u>DECLARATION OF TIMOTHY J. PERLA IN SUPPORT OF DEFENDANTS' MOTION TO STAY</u>

I, Timothy J. Perla, hereby declare under penalty of perjury as follows:

1.      I am a partner with the firm Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Defendants in the above-captioned matter.  I am an attorney licensed to practice in the Commonwealth of Massachusetts.  I am over the age of eighteen and have personal knowledge of, and am competent to testify about, the factual matters asserted herein.  If called as a witness, I could and would competently testify thereto.  I submit this Declaration in support of Defendants' Motion to Stay.

2.      Attached as Exhibit A is a true and correct copy of the news article *Sinovac Biotech activates the 'poison pill' defense in rare move*, written by Liana B. Baker and published on Reuters' website on February 22, 2019.

3.      Attached as Exhibit B is a true and correct copy of Exhibit ((a)-(1)to Sinovac's Schedule 13E-3 ("Sinovac Amended Proxy Statement") filed with the U.S. Securities and Exchange Commission ("SEC") on January 30, 2018.

4.      Attached as Exhibit C is a true and correct copy of Exhibit 99.1 to Sinovac's Form 6-K filed with the SEC on February 22, 2019.

5.      Attached as Exhibit D is a true and correct copy of a press release issued by Sinovac on March 5, 2018 entitled "Sinovac Announces Re-Election of All Directors at Annual General Meeting."

6.      Attached as Exhibit E is a true and correct copy of a press release issued by NASDAQ on February 22, 2019 entitled "Nasdaq Halts Sinovac Biotech Ltd."

7.      Attached as Exhibit F is a true and correct copy of Exhibit 99.1 to Sinovac's Form 6-K filed with the SEC on March 11, 2019.

8.      Attached as Exhibit G is a true and correct copy of Exhibit 99.1 to Sinovac's Form 6-K filed with the SEC on April 15, 2019.

9.      Attached as Exhibit H is a true and correct copy of a press release issued by 1Globe on December 23, 2020 entitled "1Globe Capital, the Largest Shareholder of Sinovac Biotech, Reached Agreement with SEC and Calls on All Stakeholders to Support Sinovac's COVID-19 Vaccine Program."

10.     I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd day of November, 2023, in Boston, Massachusetts.

*/s/ Timothy J. Perla*
Timothy J. Perla

2