# Exhibit E

INVESTOR RELATIONS

NEWS RELEASE DETAILS

# NASDAQ HALTS SINOVAC BIOTECH LTD.

Feb. 22, 2019 Download PDF

NEW YORK, Feb. 22, 2019 (GLOBE NEWSWIRE) -- The Nasdaq Stock Market® (Nasdaq: NDAQ) announced that trading was halted today in Sinovac Biotech Ltd. (Nasdaq: SVA) at 16:02:01 p.m. Eastern Time for "additional information requested" from the company at a last sale price of $6.47.

Trading will remain halted until Sinovac Biotech Ltd. has fully satisfied Nasdaq's request for additional information.

For news and additional information about the company, please contact the company directly or check under the company's symbol using InfoQuotes^SM on the Nasdaq® Web site.

For more information about The Nasdaq Stock Market, visit the Nasdaq Web site at http://www.nasdaq.com.

NDAQO

Nasdaq Media Contact:
Bianca Fata
bianca.fata@nasdaq.com



Source: Nasdaq, Inc.

**Site Uses Cookies**

This website utilizes cookies and similar technologies for functionality and other purposes. Your use of this website constitutes your acceptance of cookies. To learn more about our cookies and the choices we offer, please see the link to our Cookie Policy.

Ok, got it        Cookie Policy

**Exhibit E**