# Exhibit G

6-K 1 tv518907_6k.htm 6-K

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

**FORM 6-K**

**REPORT OF FOREIGN PRIVATE ISSUER**
**PURSUANT TO RULE 13a-16 OR 15d-16 UNDER**
**THE SECURITIES EXCHANGE ACT OF 1934**

For the month of April 2019
--------------

Commission File Number: 001-32371
----------

SINOVAC BIOTECH LTD.

No. 15 Zhi Tong Road
Zhongguancun Science and Technology Park
Changping District
Beijing 102200, People's Republic of China
(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F:

Form 20-F ☒    Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b) (1):_____

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b) (7):_____

**Exhibit G**

# Pages Omitted

**Exhibit G**

EX-99.1 2 tv518907_ex99-1.htm EXHIBIGT 99.1

**Exhibit 99.1**

**Sinovac Update on the Exchange of Rights for Common and Series B Preferred Shares**

April 12, 2019 05:04 PM Eastern Daylight Time

BEIJING--(BUSINESS WIRE)--Sinovac Biotech Ltd. (NASDAQ:SVA) ("Sinovac" or the "Company"), a leading provider of biopharmaceutical products in China, today provided an update for shareholders with regards to the exchange (the "Exchange") of preferred share purchase rights (the "Rights") for the Company's Common Shares and Series B Convertible Preferred Shares (the "Exchange Shares"), originally announced on February 22, 2019, by press release.

On April 4, 2019, the Eastern Caribbean Supreme Court, Court of Appeal issued an order that restrains the Company from taking further action under its Rights Agreement, including the distribution of the previously issued Exchange Shares to the holders of valid Rights, until the conclusion of 1Globe Capital, LLC's appeal of the December 19, 2018 Judgment of the High Court of Justice of Antigua and Barbuda. In the Judgment, the High Court determined that the current directors of the Company were validly elected at the Annual General Meeting held in February 2018 and remain the directors of the Company, and that the Company's Rights Agreement is valid under Antigua law.

As previously announced by press release, on March 6, 2019, the Delaware Chancery Court entered a *Status Quo* order providing that Sinovac not distribute any of the Exchange Shares to holders of valid Rights until the final disposition of the Delaware litigation or further order. On April 8, 2019, the Delaware Chancery Court stayed the Delaware litigation pending the outcome of 1Globe's appeal of the Antigua Judgment.

As a result, the Exchange Shares are expected to remain in the Shareholder 2019 Rights Exchange Trust in the name of Wilmington Trust, National Association, until, at least, the conclusion of the Antigua appeal and final disposition of the Delaware litigation or further order of the Delaware Chancery Court. The Exchange Shares remain issued and outstanding and holders of valid Rights may continue to submit certifications to verify that they are eligible for the Exchange.

The Company will work with the Nasdaq Stock Market LLC to resume trading of the Company's Common Shares as expeditiously as possible, but is currently unable to estimate when trading will resume.

**Exhibit G**