**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE 1GLOBE CAPITAL LLC SECURITIES LITIGATION | No.: 1:22-cv-11315-NMG |

**DECLARATION OF MICHAEL GRUNFELD IN**
**SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF**
**LAW IN OPPOSITION TO DEFENDANTS' MOTION TO STAY**

I, Michael Grunfeld, hereby declare as follows:

1.      I am a partner at the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Lead Plaintiff MW Gestion ("Lead Plaintiff"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Stay.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the decision by the High Court of Justice of the Eastern Caribbean Supreme Court for Antigua and Barbuda, in the matter *1 Globe Capital, LLC and Sinovac Biotech Ltd.*, ANUHCV 2018/0120, dated December 19, 2018.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the decision by the Court of Appeal of the Eastern Caribbean Supreme Court for Antigua and Barbuda, in the matter *1 Globe Capital LLC and Sinovac Biotech Ltd.*, ANUHCVAP2019/0005, dated December 9, 2021.

4.      Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of the Form 20-F that Sinovac Biotech Ltd. filed with the Securities and Exchange Commission on May 1,

2023, for the fiscal year ended December 31, 2022.

5.      Attached hereto as Exhibit 4 is a true and correct copy of a letter dated April 27, 2023 that was filed in the matter *Sinovac Biotech Ltd. v. 1Globe Capital, LLC, et al.*, C.A. No. 2018-0143-JTL (Del. Ch.).

6.      I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 14, 2023, at New York, New York.

*/s/ Michael Grunfeld*
Michael Grunfeld

2