**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MW GESTION, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| 1GLOBE CAPITAL LLC, JIAQIANG LI, CHIANG LI FAMILY, JEFF LI, and LINDA LI | ) ) ) ) |
| Defendants. | ) ) ) |

Case No.:  1:22-cv-11315-NMG

**DECLARATION OF TIMOTHY J. PERLA IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO STAY**

I, Timothy J. Perla, hereby declare under penalty of perjury as follows:

1.      I am a partner with the firm Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Defendants in the above-captioned matter.  I am an attorney licensed to practice in the Commonwealth of Massachusetts.  I am over the age of eighteen and have personal knowledge of, and am competent to testify about, the factual matters asserted herein.  If called as a witness, I could and would competently testify thereto.  I submit this Declaration in support of Defendants' Supplemental Brief in Support of Defendants' Motion to Stay.

2.      Attached as Exhibit A is a true and correct copy of the Joint Status Report filed in *Sinovac Biotech Ltd. v. 1Globe Capital, LLC, et al.,* C.A. No. 2018-0143-JTL (Del. Ch.) (the "Delaware Case") on April 27, 2023.

3.      Attached as Exhibit B is a true and correct copy of the "Agreed Precis" filed with the Judicial Committee of the Privy Council (the "Privy Council") in *1Globe Capital LLC v.*

*Sinovac Biotech Ltd.,* No. JCPC2022/0041 & JCPC2022/0062 (PC) (appeal taken from Ant. & Barb.), on October 27, 2023.

4.    Attached as Exhibit C is a true and correct copy of an Order Granting appeal to the Privy Council of Judgment from the Court of Appeal of the Eastern Caribbean Supreme Court (Antigua and Barbuda) on February 15, 2023.

5.    Attached as Exhibit D is a true and correct copy of an excerpt from Sinovac's Form 20-F filed with the SEC on May 1, 2023.

6.    Attached as Exhibit E is a true and correct copy of an Order Denying Request for Trial Date in September 2018 issued in the Delaware Case on July 31, 2018.

7.    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 27th day of November 2023, in Boston, Massachusetts.

*/s/ Timothy J. Perla*
Timothy J. Perla