# Exhibit C

JCPC 2022/0041

# AT THE COURT AT BUKINGHAM PALACE

**The 15th day of February 2023**

PRESENT

**THE KING'S MOST EXCELLENT MAJESTY**

**IN COUNCIL**

The following report of the Judicial Committee of the Privy Council was read—

"Having considered an application for permission to appeal from a judgment of the Court of Appeal of the Eastern Caribbean Supreme Court (Antigua and Barbuda) dated 9th December 2021 in the matter of

**1Globe Capital LLC**
*Appellant*

*v*

**Sinovac Biotech Ltd**
*Respondent*

and having considered written submissions from the parties, we have agreed to report to Your Majesty as our opinion that permission to appeal be GRANTED. The Respondent is to be at liberty to argue at the hearing that the appeal should not be permitted on the news grounds 1 and 3."

**HIS MAJESTY** was pleased by and with the advice of His Privy Council to approve the report and to order that those charged with administering the Government of Antigua and Barbuda and all others whom it may concern are to ensure that it is punctually observed and obeyed.



*Clerk of the Privy Council*

**Exhibit C**