**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE 1GLOBE CAPITAL LLC SECURITIES LITIGATION | No.: 1:22-cv-11315-NMG |

**DECLARATION OF MICHAEL GRUNFELD IN SUPPORT OF**
**LEAD PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION**
**TO DEFENDANTS' MOTION TO STAY**

I, Michael Grunfeld, hereby declare as follows:

1.      I am a partner at the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Lead Plaintiff MW Gestion ("Lead Plaintiff"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Lead Plaintiff's Supplemental Brief in Opposition to Defendants' Motion to Stay.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the decision by the Delaware Court of Chancery in the matter *Sinovac Biotech Ltd. v. 1Globe Capital, LLC, et al.*, C.A. No. 2018-0143-JTL (Del. Ch.), dated April 8, 2019.

3.      I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 1, 2023, at New York, New York.

*/s/ Michael Grunfeld*
Michael Grunfeld