# Exhibit 1

**DENIED**

EFiled: Apr 08 2019 11:56AM EDT
Transaction ID 63141933
~~Case No. 2018-0143-JTL~~

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SINOVAC BIOTECH, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 1GLOBE CAPITAL, LLC, a Delaware limited liability company, ORBIMED ADVISORS LLC, a Delaware limited liability company, DIAO JINGSHA, ZHANG YUE, ZONGHAI HU, FENG LIU, HOU BO, ZHENG ZHUIHUI and CHIANGJIA LI, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | C.A. No. 2018-0143-JTL |
| 1GLOBE CAPITAL, LLC, a Delaware limited liability company | ) ) | |
| | ) | |
| Counterclaim and Third-Party Plaintiff, | ) ) | |
| v. | ) | |
| | ) | |
| SINOVAC BIOTECH LTD., | ) | |
| | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WEIDONG YIN, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## [PROPOSED] ORDER

Upon consideration of the parties' submissions in the above-captioned action,

IT IS HEREBY ORDERED, this __ day of _____, 2019, that:

1.      The parties shall be permitted to commence discovery on the claims in the above-captioned action upon entry of this order; and

2.      Within five business days of the Antigua appellate court's establishment of a schedule for the resolution of 1Globe's appeal in the Antigua Action, the parties shall confer regarding the scheduling of a trial in this action, and if they cannot reach agreement, raise the issue with the Court as to whether a trial should be scheduled in this action at that time.

_____
Vice Chancellor J. Travis Laster

This document constitutes a ruling of the court and should be treated as such.

| | |
|---:|:---|
| **Court:** | DE Court of Chancery Civil Action |
| **Judge:** | J Travis Laster |
| **File & Serve Transaction ID:** | 63138528 |
| **Current Date:** | Apr 08, 2019 |
| **Case Number:** | 2018-0143-JTL |
| **Case Name:** | Sinovac Biotech Ltd. v. 1Globe Capital, LLC |
| **Court Authorizer:** | Laster, J Travis |

**Court Authorizer Comments:**

Consistent with the court's comments during the hearing on 1Globe's motion for status quo order, proceedings in this action are stayed pending the outcome of the appeal in Antigua. I continue to hope that the courts of Antigua will resolve this dispute under Antiguan law, rather than allowing the parties to persist in the oddity of having Delaware law govern an important aspect of the internal affairs of an Antiguan corporation. The Antiguan courts might well follow Delaware law as persuasive authority, but in my view, insiders should not be able to use a choice of law clause in a rights agreement as a vehicle for a mid-life transplant of Delaware law into the body of an Antiguan entity.

**/s/ Judge Laster, J Travis**