United States District Court
District of Massachusetts

```
_____
                                )
MW GESTION, Individually and On  )
Behalf of All Others Similarly   )
Situated,                        )
                                 )
          Plaintiff,             )     Civil Action No.
                                 )     22-11315-NMG
     v.                          )
                                 )
1GLOBE CAPITAL LLC et al.,       )
                                 )
          Defendants.            )
                                 )
_____ )
```

ORDER

GORTON, J.

   After review of the briefs and consideration of oral argument, the motion of defendants, 1Globe Capital LLC, Jiaquiang Li, Chiang Li Family, Linda Li and Jeff Li, to stay the case (Docket No. 51), is, **ALLOWED**, with respect to the Antigua action; but otherwise **DENIED** without prejudice.

   This case is hereby stayed until a) 30 days following the decision of the Judicial Committee of the Privy Council on the related matter or b) December 15, 2024, whichever occurs sooner.

   The parties are further directed to submit a joint report on the status of the pending related cases in Antigua and Delaware on June 14, 2024.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge


Dated:   December 6 , 2023