**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MW GESTION, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>1GLOBE CAPITAL LLC, JIAQIANG LI, CHIANG LI FAMILY, JEFF Li, and LINDA LI<br><br>Defendants. | Case No.: 1:22-cv-11315-NMG<br><br><br><br>Oral Argument Requested |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**THE SECOND AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that pursuant to the accompanying Memorandum of Law in Support of Lead Plaintiff's Motion for Leave to File the Second Amended Class Action Complaint, Declaration of Michael Grunfeld in Support of Lead Plaintiff's Motion for Leave to File the Second Amended Class Action Complaint, and the exhibits thereto that are filed contemporaneously herewith, and as permitted by the Court's Order dated March 5, 2025 (ECF No. 76), the undersigned will move this Court, before the Honorable Nathaniel M. Gorton, at the John Joseph Moakley U.S. Courthouse, Courtroom 4, 1 Courthouse Way, Suite 2300, Boston, Massachusetts, at a date and time determined by the Court, for an Order granting Lead Plaintiff MW Gestion leave to file the Proposed Second Amended Class Action Complaint.

**REQUEST FOR ORAL ARGUMENT**

Lead Plaintiff respectfully requests oral argument pursuant to Local Rule 7.1(d). Lead Plaintiff believes that oral argument will assist the Court's consideration of this Moton, and would

appreciate the opportunity for counsel to address any issues raised by, or questions posed by, the

Court.

Dated: March 19, 2025                    Respectfully submitted,

                                         **POMERANTZ LLP**

                                         */s/ Michael Grunfeld*
                                         Jeremy A. Lieberman (*pro hac vice*)
                                         Michael Grunfeld (*pro hac vice*)
                                         600 Third Avenue, 20th Floor
                                         New York, New York 10016
                                         Telephone: (212) 661-1100
                                         Facsimile: (212) 661-8665
                                         Email: jalieberman@pomlaw.com
                                         Email: mgrunfeld@pomlaw.com

                                         *Lead Counsel for Lead Plaintiff MW
                                         Gestion and the Class*

                                         **ANDREWS DEVALERIO LLP**
                                         Glen DeValerio (BBO #122010)
                                         Daryl Andrews (BBO #658523)
                                         P.O. Box 67101
                                         Chestnut Hill, MA 02467
                                         Telephone: (617) 999-6473
                                         Email: daryl@andrewsdevalerio.com
                                                 glen@andrewsdevalerio.com

                                         *Counsel for Lead Plaintiff MW Gestion
                                         and Liaison Counsel for the Class*

2

**RULE 7.1(a)(2) CERTIFICATE**

I hereby certify that counsel for Lead Plaintiff conferred with counsel for Defendants, and the parties were not able to narrow the scope of the issues presented in Lead Plaintiff's Motion for Leave to File the Second Amended Class Action Complaint.

*/s/Michael Grunfeld*
Michael Grunfeld