**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MW GESTION, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> 1GLOBE CAPITAL LLC, JIAQIANG LI, CHIANG LI FAMILY, JEFF Li, and LINDA LI <br><br> Defendants. | Case No.: 1:22-cv-11315-NMG |

**DECLARATION OF MICHAEL GRUNFELD IN SUPPORT**
**OF LEAD PLAINITFF'S MOTION FOR LEAVE TO FILE THE**
**SECOND AMENDED CLASS ACTION COMPLAINT**

I, Michael Grunfeld, hereby declare, pursuant to 28 U.S.C. §1746, as follows:

1.      I am a partner at the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Lead Plaintiff MW Gestion ("Plaintiff"), and have personal knowledge of the facts set forth herein. I submit this declaration in support of Plaintiff's Motion for Leave to File the Second Amended Class Action Complaint in this action.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's [Proposed] Second Amended Class Action Complaint.

3.      Attached hereto as Exhibit 2 is a true and correct copy of a redline comparing Plaintiff's [Proposed] Second Amended Class Action Complaint to the Amended Class Action Complaint that was filed in this action on December 5, 2022 (ECF No. 23).

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Judgment of the Judicial Committee of the Privy Council, dated January 16, 2025, in the matter *1Globe Capital, LLC v. Sinovac Biotech Ltd.*, Privy Council Appeal Nos 0041 and 0062 of 2022, [2025] UKPC 3.

5.      Attached hereto as Exhibit 4 is a true and correct copy of a joint letter filed on April 27, 2023, in the action captioned *Sinovac Biotech Ltd. v. 1Globe Capital, LLC, et al.*, C.A. No. 2018-0143-JTL, pending in the Court of Chancery of the State of Delaware.

6.      Attached hereto as Exhibit 5 is a true and correct copy of a Status Conference Hearing Transcript for a status conference held in this action on March 5, 2025.

7.      Attached hereto as Exhibit 6 are true and correct excerpts of a press release titled "SINOVAC Reports Unaudited First Half of 2023 Financial Results," which Sinovac filed with the SEC on August 15, 2023.

8.      Attached hereto as Exhibit 7 are true and correct excerpts of a Motion Hearing Transcript for a motion hearing held in this action on December 6, 2023.

9.      Attached hereto as Exhibit 8 are true and correct excerpts of Sinovac's Form 20-F for the fiscal year ended December 31, 2023, which Sinovac filed with the SEC on April 29, 2024.

10.     Based on an inquiry made to the Registry at the Privy Council at my direction, 1Globe did not file its Statement of Facts and Issues with the Privy Council until October 27, 2023. 1Globe was required to make that filing before the parties could notify the Privy Council that the appeal was ready to be listed for a hearing.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2

Dated: New York, New York
        March 19, 2025

                                    /s/ Michael Grunfeld
                                    Michael Grunfeld