# EXHIBIT 4



EFiled: Apr 27 2023 04:25PM EDT
Transaction ID 69906687
Case No. 2018-0143-JTL

1313 North Market P.C.
Wilmington, DE 19
302
www.potteranderson.com

**Peter J. Walsh, Jr.**
Partner
pwalsh@potteranderson.com
302 984-6037 Direct Phone
302 (658-1192 ) Fax

April 27, 2023

**VIA E-FILE & HAND DELIVERY**

The Honorable J. Travis Laster
Vice Chancellor
Court of Chancery
Leonard L. Williams Justice Center
500 North King Street
Wilmington, DE  19801

> Re:  *Sinovac Biotech Ltd. v. 1Globe Capital, LLC, et al.,*
>      C.A. No. 2018-0143-JTL

Dear Vice Chancellor Laster:

I write on behalf of all parties in the above-referenced action to provide a status report in response to the Order Requiring Status Report, dated April 13, 2023 (the "Order").

The instant Order requests (1) an update on the current status of the case, including a summary of what has transpired since the joint status report on March 17, 2022 and (2) the parties' position on whether the case can be dismissed.

First, by way of update, Defendant 1Globe's appeal of certain aspects of the December 9, 2021 ruling (the "Ruling") of the Eastern Caribbean Supreme Court in the Court of Appeal (the "Antigua Court of Appeal") remains pending.  That

The Honorable J. Travis Laster
April 27, 2023
Page 2

appeal is to the Judicial Committee of the Privy Council (the "Privy Council"),

located in the U.K, which is the final appellate court in Antiguan disputes.

As set forth in the joint status report dated March 17, 2022, the Antigua

Court of Appeal granted 1Globe's motion for leave to appeal to the Privy Council

on four of its nine grounds of appeal (relating to the validity of the stockholder vote

at the annual general meeting), but refused permission to appeal on the remaining

grounds.  On April 19, 2022, 1Globe made an application for permission to appeal

directly to the Privy Council, in respect of one ground (regarding whether the Rights

Agreement is permitted under Antiguan law).  On July 13, 2022, 1Globe filed its

Notice of Appeal in respect of the four grounds where permission to appeal had been

granted by the Antigua Court of Appeal.

On September 16, 2022, 1Globe applied to the Privy Council to:

(i) amend its prior application for permission to appeal in respect of the Rights

Agreement, including  arguments that the Rights Agreement was entered into in bad

faith or for an improper purpose; (ii) amend its Notice of Appeal, including to

consolidate into a single ground the four grounds on which it had been granted

permission to appeal by the Antigua Court of Appeal; and (iii) apply for permission

to appeal on a further renewed ground, regarding whether the Ruling exceeded the

Court's discretion under Section 122 of the International Business Corporations Act

The Honorable J. Travis Laster
April 27, 2023
Page 3

governing Antigua and Barbuda (the "IBCA"), and for an extension of time to do so.

On February 15, 2023, the Privy Council granted 1Globe's application to amend its Notice of Appeal ((ii) above), and reserved, until the final substantive hearing, its decision on whether to grant permission to appeal on the other two grounds sought ((i) and (iii) above). *See* Exs. A, B, and C hereto.

1Globe is proceeding with the appeal to the Privy Council. Counsel for 1Globe in that proceeding anticipates the appeal will be decided in the next 12 to 18 months.

1Globe believes that the Privy Council will rule on whether the Rights Agreement is permitted in principle as a matter of English law, but will not rule on the legality of the adoption of the Rights Agreement because the lower court did not examine this issue.

Second, regarding whether this case can be dismissed, the parties in this action have conferred and believe that this matter should remain stayed pending the final ruling of the Privy Council. The parties will inform the Court of the final ruling

The Honorable J. Travis Laster
April 27, 2023
Page 4

of the Privy Council and any significant developments occurring before then that

may have an impact on this case.

Counsel are available at the Court's convenience.

Respectfully submitted,

*/s/ Peter J. Walsh, Jr.*

Peter J. Walsh, Jr. (#2437)
Words:  566

PJW/bls:10778289
cc:  Register in Chancery (via e-file)
    James M. Yoch, Jr., Esq. (via e-file)
    David C. McBride, Esq. (via e-file)
    David J. Teklits, Esq. (via e-file)
    Kevin M. Coen, Esq. (via e-file)