**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| MW Gestion, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Case No.: 1:22-cv-11315-NMG |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| 1GLOBE CAPITAL LLC, et al. | ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF MICHAEL G. BONGIORNO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THE SECOND AMENDED CLASS ACTION COMPLAINT**

I, Michael G. Bongiorno, hereby declare under penalty of perjury as follows:

1.      I am a partner with the firm Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Defendants in the above-captioned matter.  I am an attorney licensed to practice in the Commonwealth of Massachusetts.  I am over the age of eighteen and have personal knowledge of, and am competent to testify about, the factual matters asserted herein.  If called as a witness, I could and would competently testify thereto.  I submit this Declaration in support of Defendants' Opposition to Plaintiff's Motion for Leave to File the Second Amended Class Action Complaint.

2.      Attached as Exhibit A is a true and correct copy of the Complaint filed in *Sinovac Biotech Ltd. v. 1Globe Capital, LLC, et al.*, C.A. No. 2018-0143-JTL (Del. Ch.) (the "Delaware Case") on March 5, 2018.

3.      Attached as Exhibit B is a true and correct copy of the Amended Answer and Affirmative Defenses and Verified Counterclaims and Third-Party Complaint filed in the Delaware Case on April 12, 2018.

4.      Attached as Exhibit C is a true and correct copy of 1Globe Capital, LLC's Motion for Entry of a Status Quo Order filed in the Delaware Case on February 27, 2019.

5.      Attached as Exhibit D is a true and correct copy of the Transcript of the March 6, 2019 Telephonic Oral Argument on Defendants' Motion for Entry of a Status Quo Order and Rulings of the Court filed in the Delaware Case on March 25, 2019.

6.      Attached as Exhibit E is a true and correct copy of the Order granting the Motion for Entry of a Status Quo Order filed in the Delaware Case on March 6, 2019.

7.      Attached as Exhibit F is a true and correct copy of an excerpt of Sinovac Biotech Ltd.'s Annual Report on Form 20-F for the fiscal year ended December 31, 2023, filed with the SEC on April 29, 2024.

8.      Attached as Exhibit G is a true and correct copy of a November 24, 2020 Share Purchase Agreement between 1Globe Biomedical (Hong Kong) Company Limited and CDH Utopia Limited, filed with the SEC as an exhibit to CDH Utopia Limited's Schedule 13D on December 22, 2020.

9.      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 2nd day of April 2025, in Boston, Massachusetts.

/s/ Michael G. Bongiorno
Michael G. Bongiorno