**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MW GESTION, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   v.<br><br>1GLOBE CAPITAL LLC, JIAQIANG LI, CHIANG LI FAMILY, JEFF Li, and LINDA LI<br><br>       Defendants. | Case No.: 1:22-cv-11315-NMG |

**NOTICE OF APPEAL**

Notice is hereby given that Lead Plaintiff MW Gestion hereby appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order entered in this action on August 18, 2023 (Dkt. No. 43), and the Memorandum and Order entered in this action on April 23, 2025 (Dkt. No. 86). These orders are appealable because on May 9, 2025, the parties entered a Joint Stipulation of Voluntary Dismissal of the remaining claim in this action (Dkt. No. 88).

Dated: May 23, 2025

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Michael Grunfeld*
Jeremy A. Lieberman (*pro hac vice*)
Michael Grunfeld (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com

1

Email: mgrunfeld@pomlaw.com

*Lead Counsel for Lead Plaintiff MW Gestion and the Class*

**ANDREWS DEVALERIO LLP**
Glen DeValerio (BBO #122010)
Daryl Andrews (BBO #658523)
P.O. Box 67101
Chestnut Hill, MA 02467
Telephone: (617) 999-6473
Email: daryl@andrewsdevalerio.com
       glen@andrewsdevalerio.com

*Counsel for Lead Plaintiff MW Gestion and Liaison Counsel for the Class*

2

**CERTIFICATE OF SERVICE**

I, Michael Grunfeld, certify that I have caused a copy of this Notice of Appeal to be served on all counsel by the Court's CM/ECF System.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Michael Grunfeld*
Michael Grunfeld