# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:        MW Gestion v. 1Globe Capital LLC et al

District Court Number:     22cv11315-NMG

Fee:    Paid?  Yes __X__  No _____   Government filer _____   *In Forma Pauperis* Yes _____   No _____

Motions Pending     Yes _____ No __X__          Sealed documents     Yes _____ No __X__
*If yes, document #*    _____          *If yes, document #*     _____

*Ex parte* documents   Yes _____ No __X__          Transcripts         Yes __X__ No _____
*If yes, document #*    _____          *If yes, document #*     68,77

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent _____   Other: _____

Appeal from:

#43 Memorandum and Order, #86 Memorandum and Order
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #43, #86, and #89

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __89____ filed on __May 23, 2025_____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __May 23, 2025___.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**